## Commonwealth ex rel. Pletcher, Appellant, *v.* Russell.

 Submitted December 14, 1964. *Abe Jacob Pletcher,* appellant, in propria persona; *Frank B. Warfel,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Rice, Appellant, *v.* Rundle.

 Submitted December 14, 1964. *William Rice, Jr.,* appellant, in propria persona; *Joseph M. Smith,* Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.